IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LAWRENCE CHARLES,**

    Plaintiff,

v.                                                 Civil Action No. **3:23CV674(RCY)**

**FAIRFAX POLICE DEPARTMENT,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 3, 2023, the Court conditionally docketed Plaintiff's action. On November 29, 2023, the United States Postal Service returned the November 3, 2023 Memorandum Order to the Court marked, "UNABLE TO FORWARD." (ECF No. 6, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                    /s/ RCY  
                                                                    Roderick C. Young  
Date: December 18, 2023                           United States District Judge  
Richmond, Virginia